# ACTION BY CONSENT OF A QUORUM OF THE BOARD OF DIRECTORS OF THE CATHOLIC DIOCESE OF EL PASO

Effective as of March 5, 2026, the undersigned, constituting a quorum of the Directors of The Catholic Diocese of El Paso, a nonprofit corporation organized under the laws of the State of Texas (the "**Diocese**"), do hereby waive any and all formalities of notice, time, date, place and purpose of meeting and hereby adopt the following resolutions, such resolutions to have the same force and effect as if adopted at a duly constituted meeting of the Board of Directors.

**WHEREAS**, along with other members of the Diocesan Finance Council, the Directors have reviewed and considered the materials and guidance presented by the management, financial, legal, and spiritual advisors of the Diocese regarding the assets and liabilities of the Diocese, including those liabilities arising or asserted in connection with claims of sexual abuse, the impact of such liabilities on the continuation of the mission of the Diocese, and the strategic alternatives available to the Diocese;

**WHEREAS**, the Directors have consulted with the management and the financial and legal advisors of the Diocese and fully considered each of the strategic alternatives available to the Diocese; and

**WHEREAS**, the Most Reverend Mark J. Seitz has sought and obtained the consent of the Diocesan Finance Council and College of Consultors as to the acts, actions, and transactions authorized hereby in accordance with canon §1277 of the 1983 Code of Canon Law;

**NOW, THEREFORE, BE IT RESOLVED**, that, after careful consideration of all alternatives and in order to permit the Diocese to continue to fulfill its ministries to the Catholic faithful of the Diocese while addressing its liabilities in an orderly manner, the Diocese shall be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas (the "Chapter 11 Case"); and

**FURTHER RESOLVED**, that the Most Reverend Mark J. Seitz, Bishop of the Diocese, and Gregory J. Watters, Chief Financial Officer of the Diocese (each, an "Authorized Officer" and collectively, the "Authorized Officers"), be, and each of them acting alone, hereby is, authorized to execute and file in the name of, and on behalf of, the Diocese all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents necessary to commence a chapter 11 case and obtain relief under the Bankruptcy Code, and to take any and all action that such Authorized Officer deems necessary, proper, and desirable in connection with the Chapter 11 Case, including, without limitation, any action necessary to maintain the ordinary operation of the Diocese's mission and ministry, subject to compliance with applicable bankruptcy court approval requirements and the Bankruptcy Code; and

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to employ in the name of, and on behalf of, the Diocese the law firms of Husch Blackwell LLP and Levatino|Pace PLLC to represent the Diocese in the Chapter 11 Case, and to take such other further steps that may be necessary to advance the Diocese's rights and obligations in connection therewith; and

**FURTHER RESOLVED**, that each Authorized Officer be, and hereby is, authorized and directed to employ the firm of HMP Advisory Holdings, LLC dba Harney Partners as financial advisor to, among other things, provide general accounting services, prepare monthly operating reports, and other such accounting and financial advisory services as may be requested by the Diocese and other professionals employed by the Diocese; and

**FURTHER RESOLVED**, that each Authorized Officer be, and hereby is, authorized and directed to employ the firm of Captive Minds Marketing as a marketing and advertising consultant with regard to public notice of the bankruptcy and claims bar date and to assist the Diocese in carrying out its duties under the Bankruptcy Code and as may otherwise be requested by the Diocese and other professionals employed by the Diocese; and

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to employ the firm of Stretto, Inc. as notice and claims agent to represent and assist the Diocese in carrying out its duties under the Bankruptcy Code, and to take such other further steps that may be necessary in furtherance of the Chapter 11 Case; and

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to employ the above professionals and any other professionals to assist the Diocese in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case, subject to subsequent court approval of the retention of such professionals, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**FURTHER RESOLVED**, that in addition to the foregoing specific authorizations conferred upon the Authorized Officer, each Authorized Officer, and each such other representative of the Diocese as any Authorized Officer shall from time to time designate, and any employees or agents designated by or directed by any Authorized Officer or designee, be, and each hereby is, authorized and empowered to take or cause to be taken any and all such further actions, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's (or such designee's or delegate's) discretion, may be necessary, advisable, or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and

**FURTHER RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of, and on behalf of, the Diocese, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were adopted, are hereby in all respects approved and ratified as the true acts and deeds of the Diocese.

[*Signature page to follow*]

HB: 4923-8423-9762.5

| QUORUM OF THE BOARD OF DIRECTORS OF THE CATHOLIC DIOCESE OF EL PASO | DATE SIGNED |
|---|---|
| *Signed by:* *Most Reverend Mark J. Seitz* <br> Most Reverend Mark J. Seitz <br> Bishop of the Diocese of El Paso | 3/5/2026 |
| *Signed by:* *Anthony C. [signature]* <br> Most Reverend Anthony Celino <br> Vicar General of the Diocese of El Paso | 3/5/2026 |
| *DocuSigned by:* *Patricia L. Rueda* <br> Patricia Lopez Rueda <br> Chancellor of the Diocese of El Paso | 3/5/2026 |

HB: 4923-8423-9762.5