Fill in this information to identify the case:

Debtor name: **Catholic Diocese of El Paso**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gallagher Bassett Services, Inc. Attn: Steve Puteki 15763 Collections Center Drive Chicago, IL 60693 | | Invoice No. INV-00665394 | Disputed | | | $752.34 |
| Gilberto Morales c/o David M. Driscoll Ainsa Hutson LLP 5809 Acacia Circle El Paso, TX 79912-4859 | | Case No. 2007-5405 | Contingent Unliquidated Disputed | | | Unknown |
| Isaac Melendrez c/o Margie A. Rutledge Rothstein Donatelli LLP 500 4th Street, N.W., Suite 400 Albuquerque, NM 87102 | | Case No. D-307-CV-2024-00170 Third Judicial Distrct Court County of Dona Ana, NM | Contingent Unliquidated Disputed | | | Unknown |
| Jane Doe "204" c/o Levi A. Monagle Huffman Wallace & Monagle LLC 122 Wellesley Dr. SE Albuquerque, NM 87106 | | Case No. D-307-CV-2024-01013 Third Judicial District Court County of Dona Ana, MN | Contingent Unliquidated Disputed | | | Unknown |
| Jane Doe 1 c/o Taylor E. Smith Rothstein Donatelli LLP 500 4th Street, N.W., Suite 400 Albuquerque, NM 87102 | | Case No. D-307-CV-2022-01360 Third Judicial District Court County of Dona Ana, NM | Contingent Unliquidated Disputed | | | Unknown |

Debtor **Catholic Diocese of El Paso**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jane Doe 2<br>c/o Taylor E. Smith<br>Rothstein Donatelli LLP<br>500 4th Street, N.W., Suite 400<br>Albuquerque, NM 87102 | | Case No. D-307-CV-2022-01360<br>Third Judicial District Court County of Dona Ana, NM | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Jane Doe 208<br>c/o Levi A. Monagle<br>Huffman Wallace & Monagle LLC<br>122 Wellesley Dr. SE<br>Albuquerque, NM 87106 | | Case No. D-307-CV-2025-01895<br>Third Judicial District Court County of Dona Ana, NM | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Jane Doe 214<br>c/o Levi A. Monagle<br>Huffman Wallace & Monagle LLC<br>122 Wellesley Dr. SE<br>Albuquerque, NM 87106 | | Case No. D-307-CV-2025-01893<br>Third Judicial District Court County of Dona Ana, NM | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Jane Doe 3<br>c/o Taylor E. Smith<br>Rothstein Donatelli LLP<br>500 4th Street, N.W., Suite 400<br>Albuquerque, NM 87102 | | Case No. D-307-CV-2022-01360<br>Third Judicial District Court County of Dona Ana, NM | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Jane Doe 4<br>c/o Taylor E. Smith<br>Rothstein Donatelli LLP<br>500 4th Street, N.W., Suite 400<br>Albuquerque, NM 87102 | | Case No. D-307-CV-2022-01360<br>Third Judicial District Court County of Dona Ana, NM | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Jane Doe 5<br>c/o Taylor E. Smith<br>Rothstein Donatelli LLP<br>500 4th Street, N.W., Suite 400<br>Albuquerque, NM 87102 | | Case No. D-307-CV-2022-01360<br>Third Judicial District Court County of Dona Ana, NM | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| John Doe "203"<br>c/o Levi A. Monagle<br>Huffman Wallace & Monagle LLC<br>122 Wellesley Dr. SE<br>Albuquerque, NM 87106 | | Case No. D-307-CV-2024-00660<br>Third Judicial District Court County of Dona Ana, NM | Contingent<br>Unliquidated | | | Unknown |

Debtor **Catholic Diocese of El Paso**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Doe "206"<br>c/o Levi A. Monagle<br>Huffman Wallace & Monagle LLC<br>122 Wellesley Dr. SE<br>Albuquerque, NM 87106 | | Case No. D-307-CV-2024-01635<br>Third Judicial District Court County of Dona Ana, NM | Contingent Unliquidated Disputed | | | Unknown |
| John Doe 1<br>c/o Taylor E. Smith/Rothstein Donatelli<br>500 4th Street, N.W., Suite 400<br>Albuquerque, NM 87102 | | Case No. D-101-CV-2023-01010<br>First Judicial District Court County of Santa Fe, NM | Contingent Unliquidated Disputed | | | Unknown |
| John Doe 2<br>c/o Taylor E. Smith/Rothstein Donatelli<br>500 4th Street, N.W., Suite 400<br>Albuquerque, NM 87102 | | Case No. D-101-CV-2023-01010<br>First Judicial District Court County of Santa Fe, NM | Contingent Unliquidated Disputed | | | Unknown |
| John Doe 209<br>c/o Levi A. Monagle<br>Huffman Wallace & Monagle LLC<br>122 Wellesley Dr. SE<br>Albuquerque, NM 87106 | | Case No. D-307-CV-2025-01899<br>Third Judicial District Court County of Dona Ana, NM | Contingent Unliquidated Disputed | | | Unknown |
| John Doe 210<br>c/o Levi A. Monagle<br>Huffman Wallace & Monagle LLC<br>122 Wellesley Dr. SE<br>Albuquerque, NM 87106 | | Case No. D-307-CV-2025-01898<br>Third Judicial District Court County of Dona Ana, NM | Contingent Unliquidated Disputed | | | Unknown |
| John Doe 211<br>c/o Levi A. Monagle<br>Huffman Wallace & Monagle LLC<br>122 Wellesley Dr. SE<br>Albuquerque, NM 87106 | | Case No. D-307-CV-2025-01902<br>Third Judicial District Court County of Dona Ana, NM | Contingent Unliquidated Disputed | | | Unknown |
| John Doe 212<br>c/o Levi A. Monagle<br>Huffman Wallace & Monagle LLC<br>122 Wellesley Dr. SE<br>Albuquerque, NM 87106 | | Case No. D-307-CV-2025-01903<br>Third Judicial District Court County of Dona Ana, NM | Contingent Unliquidated Disputed | | | Unknown |

Debtor **Catholic Diocese of El Paso**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Leigh Messerer as Personal Representative of John Doe 3 c/o Taylor E. Smith/Rothstein Donatelli 500 4th Street, N.W., Suite 400 Albuquerque, NM 87102** | | **Case No. D-101-CV-2023-01010 First Judicial District Court County of Santa Fe, NM** | **Contingent Unliquidated Disputed** | | | Unknown |