IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 26-30311-CGB |
| CATHOLIC DIOCESE OF EL PASO, | § | |
| | § | CHAPTER 11 |
| DEBTOR[1] | § | |

REQUEST FOR EMERGENCY CONSIDERATION
OF CERTAIN "FIRST DAY" MATTERS

TO THE HONORABLE CHRISTOPHER G. BRADLEY,
UNITED STATES BANKRUPTCY JUDGE:

On March 6, 2026, the Catholic Diocese of El Paso (the "**Diocese**"), filed a petition for relief under Chapter 11 of the Bankruptcy Code. Proposed counsel for the Diocese believes that the case qualifies as a "Complex Chapter 11 Case" and contemporaneously herewith has filed a Notice of Designation as a Complex Chapter 11 Case. The Diocese seeks emergency consideration of the following initial case matters:

1. *Notice of Designation as Complex Chapter 11 Bankruptcy Case* (the "**Complex Case Notice**") (Dkt. No. 6);

2. *Diocese's Emergency Application for Entry of an Order Authorizing the Employment of Stretto, Inc. as Claims and Noticing Agent* (the "**Claims Agent Motion**") (Dkt. No. 7);

3. *Diocese's Emergency Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "**Interim Comp Motion**") (Dkt. No 8);

4. *Diocese's Emergency Motion for Entry of an Administrative Order Establishing Omnibus Hearing Dates and Certain Notice, Service, and Administrative Procedures* (the "**Omnibus Hearing Motion**") (Dkt. No. 9);

---

[1] The Diocese's address is 499 St. Matthews Street, El Paso, TX 79907. The last four digits of the Diocese's federal tax identification number are 0751.

HB: 4907-6371-5475.3

5. *Diocese's Emergency Motion for an Order (A) Determining Adequate Assurance of Payment for Diocese's Utility Services; (B) Restraining Utilities from Altering, Disconnecting or Refusing the Diocese's Service* (the "**Utilities Motion**") (Dkt. No. 10);

6. *Diocese's Emergency Motion for Interim and Final Orders: (A) Authorizing the Debtor to Continue its Pre-Petition Insurance Program and Satisfy Obligations Due Thereunder; (B) Authorizing the Debtor to Renew, Modify, or Purchase Insurance Coverage; and (C) Scheduling a Final Hearing* (the "**Insurance Motion**") (Dkt. No. 11);

7. *Diocese's Emergency Motion for an Order Authorizing the Diocese to Pay Wages and Benefits to its Personnel and to Satisfy Related Obligations (the "**Wage Motion**")* (Dkt. No. 12);

8. *Emergency Motion for Interim and Final Orders: (A) Authorizing Continued Use of Existing Cash Management System; (B) Authorizing Maintenance of Existing Bank Accounts, Business Forms, and Segregated Restricted Fund Accounts; (C) Waiving Certain Deposit and Investment Requirements; and (D) Granting Related Relief* (the "**Cash Management Motion**") (Dkt No. 13); and

9. *Emergency Motion for Interim and Final Orders Authorizing Postpetition Use of Cash Collateral and Granting Adequate Protection to Weststar Bank* (the "**Cash Collateral Motion**") (Dkt. No. 14).

Dated: March 6, 2026               Respectfully submitted,

**HUSCH BLACKWELL LLP**

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler (SBN 03527350)
Email: lynn.butler@huschblackwell.com
Tara T. LeDay (SBN 24106701)
Email: tara.leday@huschblackwell.com
Jennifer Pollan (SBN 24150828)
Email: jennifer.pollan@huschblackwell.com
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Main No. (512) 472-5456
Fax No.  (512) 479-1101

-and-

2

HB: 4907-6371-5475.3

HUSCH BLACKWELL LLP
Francis H. LoCoco, Esq. (TBN 24122830)
Email: frank.lococo@huschblackwell.com
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone     (414) 273-2100
Facsimile     (414) 223-5000

**ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, CATHOLIC DIOCESE OF EL PASO**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2026, a true and correct copy of the forgoing document, together with all exhibits and attachments hereto, was filed with the Court and served to the parties on the attached service via the method indicated.

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler

3

HB: 4907-6371-5475.3

**Secured Creditor**
WestStar Bank
c/o James Brewer
KEMP SMITH LAW
221 N. Kansas, Suite 1700
El Paso TX 79901
*Via Email: jim.brewer@kempsmith.com*

**Ad Hoc Committee**
c/o Drew J. Glasnovich
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis MN 55402
*Via Email: drew.glasnovich@stinson.com*

**U.S. Trustee**
Aubrey Thomas
Assistant United States Trustee
UNITED STATES TRUSTEE-REGION 7
615 E. Houston Street, Suite 533
San Antonio TX 78205
*Via Fax: 210-472-4649*

**Texas Attorney General**
Texas Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin TX 78711-2548
*Via U.S. Mail*

**Top 20 Unsecured Creditors**

**GALLAGHER BASSETT SERVICES, INC.**
Attn: Steve Puteki
15763 Collections Center Drive
Chicago IL 60693
*Via Email: GB-AR-Mail@gbtpa.com*

**Gilberto Morales**
c/o David M. Driscoll
AINSA HUTSON LLP
5809 Acacia Circle
El Paso TX 79912-4859
*Via Email: info@ahhclawyers.com*

**Isaac Melendrez**
c/o Margie A. Rutledge
Carey Bhalla
Carolyn M. Nichols
Roshanna K. Toya
ROTHSTEIN DONATELLI LLP
500 4th Street, N.W., Suite 400
Albuquerque NM 87102
*Via Emal: mrutledge@rothsteinlaw.com*
*Via Email: cbhalla@rothsteinlaw.com*
*Via Email: cnichols@rothsteinlaw.com*
*Via Email: rtoya@rothsteinlaw.com*

**John Doe "203"; Jane Doe "204";**
**John Doe "206"; Jane Doe 208;**
**John Doe 209; John Doe 211;**
**John Doe 212; Jane Doe 214**
c/o Levi A. Monagle
Shayne C. Huffman
Jason T. Wallace
HUFFMAN WALLACE & MONAGLE LLC
122 Wellesley Dr. SE
Albuquerque NM 87106
*Via Email: office@hmhw.law*

-and-

c/o Ben Davis
Zackeree Kelin
Ellen Geske
DAVIS KELIN LAW FIRM, LLC
127 Bryn Mawr Drive, SE
Albuquerque NM 87106
*Via Email: bdavis@daviskelin.com*
*Via Email: zkelin@daviskelin.com*
*Via Email: egeske@daviskelin.com*

**Jane Doe 1; Jane Doe 2; Jane Doe 3;**
**Jane Doe 4; Jane Doe 5**
c/o Taylor E. Smith
Carolyn M. "Cammie" Nichols
ROTHSTEIN DONATELLI LLP
500 4th Street, N.W., Suite 400
Albuquerque NM 87102
*Via Email: tsmith@rothsteinlaw.com*
*Via Email: cmnichols@rothsteinlaw.com*

*-and-*

c/o Sam Fadduol
Christopher P. Winters
FADDUOL, CLUFF, HARDY &
CONAWAY, P.C.
3301 San Mateo Boulevard NE
Albuquerque NM 87107
*Via Email: sfadduol@fchclaw.com*
*Via Email: cwinters@fchclaw.com*

-and-

c/o Paul Linnenburger
Lane + Linnenburger + Lane LLP
P O Box 6622
Albuquerque NM 87197
*Via Email: paul@attorneyslane.com*

**John Doe 1; John Doe 2;**
**Leigh Messerer as Personal**
**Representative of John Doe 3**
c/o Taylor E. Smith
Carolyn M. "Cammie" Nichols
Carey Bhalla
Roshanna K. Toya
ROTHSTEIN DONATELLI LLP
500 4th Street, N.W., Suite 400
Albuquerque NM 87102
*Via Email: tsmith@rothsteinlaw.com*
*Via Email: cmnichols@rothsteinlaw.com*
*Via Email: cbhalla@rothsteinlaw.com*
*Via Email: rtoya@rothsteinlaw.com*

**John Doe 210;**
c/o Levi A. Monagle
Shayne C. Huffman
Jason T. Wallace
HUFFMAN WALLACE & MONAGLE LLC
122 Wellesley Dr. SE
Albuquerque NM 87106
*Via Email: office@hmhw.law*

5

HB: 4907-6371-5475.3