IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 26-30311-CGB |
| CATHOLIC DIOCESE OF EL PASO, | § | |
| | § | CHAPTER 11 |
| DEBTOR[1] | § | |

ORDER ESTABLISHING
PROCEDURES FOR INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS

Considering the *Diocese's Emergency Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (Doc. 8), the "**Interim Comp Motion**" or "**Motion**"),[2] filed by the Diocese of El Paso (the "**Diocese**"); the Court having

---

[1] The Diocese's address is 499 St. Matthews Street, El Paso, TX 79907. The last four digits of the Diocese's federal tax identification number are 0751.

[2] Capitalized terms used in this Order shall have the meanings ascribed to them in the Motion.

HB: 4928-7227-6114.5

EXHIBIT 7
Page 1 of 6

reviewed the Motion and having considered the statements of counsel and the evidence adduced at the hearing held on March [•] (the "**Hearing**"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this is a core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED** that:

1. The Interim Comp Motion is **GRANTED** as set forth herein.

2. Each professional whose retention has been approved by the Court under 11 U.S.C. §§ 327 or 1103 in the Chapter 11 case (each a "**Professional**," and collectively, the "**Professionals**") shall be entitled to seek and obtain payment of interim compensation and/or reimbursement of expenses, as the case may be, in accordance with the following procedures (the "**Interim Compensation Procedures**"):

    a. on or before the fifteenth (15th) day of each month following the month for which compensation is sought, the Professionals may submit an invoice or invoices (each a "**Fee Summary**") to the Service Parties. Each entity receiving a Fee Summary will have ten (10) days from the date of mailing thereof to review the Fee Summary. At the expiration of the ten (10) day period, if no objection (as described below) is made to the Fee Summary, each Professional who submitted a Fee Summary will notify the Diocese, in writing, that no objections have been filed with regard to the Fee Summary. Upon receipt of such notice, the Diocese will pay eighty percent (80%) of the fees and one hundred percent (100%) of the reimbursements of expenses requested in the Professionals' respective Fee Summaries, which payment may be made directly by the Diocese. Any Professional who fails to file a Fee Summary for a particular month or months may submit a consolidated Fee Summary that includes a request for compensation earned or expenses incurred during previous months. All Fee Summaries shall include the relevant time entry and description and expense detail;

    b. in the event any of the Service Parties has an objection to the compensation or reimbursement sought in a particular Fee Summary, it will, within ten (10) days of the receipt of the Fee Summary, serve upon (i) the Professional whose Fee

Summary is objected to, and (ii) except to the extent duplicative of the foregoing clause (i), the other Service Parties, a written "*Notice of Objection to Fee Summary*," setting forth the precise nature of the objection and the amount at issue. Thereafter, the objecting Service Party or Service Parties and the Professional whose Fee Summary is objected to will attempt to reach an agreement regarding the correct payment to be made. If the parties are unable to reach an agreement on the objection(s) within fifteen (15) days after receipt of such Notice of Objection to Fee Summary, the Professional whose Fee Summary is objected to will have the option of (i) filing the objection(s) together with a request for payment of the disputed amount with the court, or (ii) foregoing payment of the disputed amount until the next interim fee application hearing, at which time the Court will consider and dispose of the objection(s) if payment of the disputed amount is requested. The Diocese is authorized and directed to pay promptly the balance of the undisputed fees, up to eighty percent (80%), and one hundred percent (100%) of the disbursements requested that are not the subject of a Notice of Objection to Fee Summary;

c. commencing with the period beginning on the Petition Date and ending June 30, 2026, and for each three (3) month interval thereafter (each, an "**Interim Fee Period**"), on or before the forty-fifth (45th) day following the last day of the Interim Fee Period each of the Professionals shall file with the Court and serve on the Core Service List[3] an application for interim court approval and allowance, pursuant to section 331 of the Bankruptcy Code, of the compensation and reimbursement of expenses requested for the Interim Fee Period (the "**Interim Fee Application**") that incorporates the unfiled monthly Fee Summaries. Any Professional who fails to file an Interim Fee Application when due shall be ineligible to receive further interim payments of fees or expenses as provided herein until such time as the application is submitted. Upon approval of the Interim Fee Application, any Professional will be paid withheld amounts of approved fees and expenses for the applicable period. For the avoidance of doubt, each Professional shall file its first Interim Fee Application on or before August 14, 2026, and the first Interim Fee Application shall cover the Interim Fee Period from the Petition Date (or the effective date of the Professional's retention) through and including June 30, 2026;

d. the pendency of an application or a Court order that payment of compensation or reimbursement of expenses was improper as to a particular Fee Summary or Interim Fee Application will not disqualify a Professional from the future payment of compensation or reimbursement of expenses as set forth above; and

---

[3] "**Core Service List**" means the service list created by the Diocese comprised of the core parties-in-interest in the Chapter 11 case who would be entitled to receive service of all filings, including (i) the Office of the United States Trustee for Region 7; (ii) the Diocese; (iii) the attorneys for the Diocese; (iv) the attorneys for the Committee once that committee has been appointed, and until then, (a) the Plaintiffs in abuse lawsuits against the Diocese through their counsel and (b) the Diocese's twenty (20) largest unsecured trade creditors; (v) those persons who have formally appeared by filing a Notice of Appearance, a Request for Notice, or a similar document and requested notice in this case under Bankruptcy Rule 2002; (vi) the Texas Attorney General's Office; and (vii) known counsel to the foregoing.

  e. neither (i) the payment of or failure to pay, in whole or in part, a Fee Summary or Interim Fee Application; nor (ii) the filing of or failure to file an Objection will bind any party in interest or the Court with respect to the final allowance of applications for compensation and reimbursement of expenses of Professionals.

 3. As contemplated by this Order, "Professionals" are intended to include Husch Blackwell LLP ("**Husch Blackwell**") as bankruptcy counsel, Levatino │ Pace PLLC ("**Levatino**"), as special counsel, and HMP Advisory Holdings, LLC dba Harney Partners ("**HP**") as financial advisor. The Diocese is authorized to later seek to engage other professionals in connection with these proceedings. This Order shall not apply to any Professional whose terms of compensation are otherwise provided by separate order of the Court, including Stretto, Inc., the Diocese's proposed Claims and Noticing Agent in this Chapter 11 case.

 4. Any and all interim compensation and reimbursement of Professionals allowed in accordance with this Order shall remain subject to final allowance pursuant to further order of the Court.

 5. This Order shall be effective and enforceable immediately upon its entry.

 6. The Diocese is hereby authorized to take all actions it determines are necessary to effectuate the relief granted pursuant to this Order.

 7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

 8. The Diocese will provide notice of this Order to: (i) the Office of the United States for Trustee for Region 7; (ii) the attorneys for the Committee once the committee has been appointed, and until then, (a) the Plaintiffs in abuse lawsuits against the Diocese through their counsel and (b) the Diocese's twenty (20) largest unsecured trade creditors; (iii) those persons who have formally appeared by filing a Notice of Appearance, a Request for Notice, or a similar document and requested notice in this case under Bankruptcy Rule 2002; (iv) the Texas Attorney

General's Office; (v) the Diocese's banks and financial institutions as identified on the Diocese's Schedules, including Weststar Bank through its counsel; (vi) the ad hoc group of abuse survivors through its counsel, Drew J. Glasnovich; and (vii) to the extent applicable, known counsel to the foregoing. A copy of this Motion and any orders approving it will also be made available on the Diocese's Case Information Website located at https://cases.stretto.com/dioceseofelpaso. The Diocese submits that, in light of the nature of the relief requested, no other or further notice need be given.

# # #

*Submitted by and Entry Requested by*:

Lynn Hamilton Butler (SBN 03527350)
Email: lynn.butler@huschblackwell.com
Tara T. LeDay (SBN 24106701)
Email: tara.leday@huschblackwell.com
Jennifer Pollan (SBN 24150828)
Email: jennifer.pollan@huschblackwell.com
**HUSCH BLACKWELL LLP**
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Main No. (512) 472-5456
Fax No.   (512) 479-1101

-and-

Francis H. LoCoco, Esq. (TBN 24122830)
Email: frank.lococo@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone      (414) 273-2100
Facsimile       (414) 223-5000

**PROPOSED ATTORNEYS FOR THE DEBTOR
AND DEBTOR IN POSSESSION, CATHOLIC DIOCESE OF EL PASO**