# Utilities

### Services: El Paso Electric (electric)

| Location | Account # | Monthly Average | Current Balance |
|---|---|---|---|
| Religious Formation | 2377800000 | 200.00 | $0 |
| Two Apartments North Loop | 5753314309 | 150.00 | $0 |

### Services: Texas Gas Services (gas)

| Location | Account # | Monthly Average | Current Balance |
|---|---|---|---|
| Religious Formation | 910135402 1329849 09 | $175.00 | $0 |
| Two Apartments North Loop | 910644563 1437420 64 | $200.00 | $0 |

### Services: Spectrum (communication & internet)

| Location | Account # | Monthly Average | Current Balance |
|---|---|---|---|
| Bishop's residence | 133408259 | 67.00 | $0 |
| Two Apartments North Loop | 8260 17 062 1984334 | 195.61 | $0 |
| Seminary | 8260 17 062 4273388 | 376.23 | $0 |

### Services: El Paso Water (water)

| Location | Account # | Monthly Average | Current Balance |
|---|---|---|---|
| Religious Formation | 3881120000 | 260.00 | $0 |
| Two Apartments North Loop | 5437836939 | $200.00 | $0 |