Cash Collateral Motion, Ex. A-1

Cash Collateral Budget

| EXPENSES | | Mar-26 | Apr-26 | May-26 |
|---|---|---:|---:|---:|
| 13 Salaries Expense | $ | 194,905.08 | $ 194,905.08 | $ 194,905.08 |
| 14 Employee Benefits Expense | $ | 85,825.58 | $ 85,825.58 | $ 85,825.58 |
| 15 Maintenance & Operating | $ | 44,833.92 | $ 44,833.92 | $ 44,833.92 |
| 16 General & Administration | $ | 55,248.50 | $ 55,248.50 | $ 55,248.50 |
| 17 Transportation and Travel Expense | $ | 21,001.33 | $ 21,001.33 | $ 21,001.33 |
| 18 Program Expense | $ | 117,576.75 | $ 117,576.75 | $ 117,576.75 |
| 19 Contributions | $ | 41,444.33 | $ 41,444.33 | $ 41,444.33 |
| 20 Interest Expense | $ | 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| 22 Other Expenses | $ | 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| 23 Capital | $ | 958.33 | $ 958.33 | $ 958.33 |
| 24 Professional Fees | $ | 150,000.00 | $ 150,000.00 | $ 150,000.00 |
| **TOTAL EXPENSES** | $ | 761,375.83 | $ 761,406.83 | $ 761,436.83 |

**EXHIBIT 13**
**Page 1 of 1**