IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 26-30311-CGB |
| CATHOLIC DIOCESE OF EL PASO, | § | |
| | § | CHAPTER 11 |
| DEBTOR[1] | § | |

### CERTIFICATE OF SERVICE RELATED TO FIRST-DAY PLEADINGS

I, LYNN HAMILTON BUTLER, hereby certify that on March 6, 2026, I caused to be served on the parties listed, and in the manner indicated, on **Exhibit A** attached hereto, the following pleadings:

1. *Declaration of Bishop Mark J. Seitz Regarding the Diocese's History, Charitable Mission, and Purpose in Seeking Chapter 11 Relief* [Dkt. No. 4];

2. *Declaration of Gregory J. Watters Regarding the Need for Chapter 11 Relief and in Support of First Day Motions* [Dkt. No. 5];

3. *Notice of Designation as Complex Chapter 11 Bankruptcy Case* [Dkt. No. 6];

4. *Emergency Application to Employ Claims, Balloting, and Noticing Agent, Stretto, Inc.* [Dkt. No. 7];

5. *Emergency Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 8];

6. *Emergency Motion for Entry of an Administrative Order Establishing Omnibus Hearing Dates and Administrative Procedures* [Dkt. No. 9];

7. *Emergency Motion for Continuation of Utility Service Under Section 366(b)* [Dkt. No. 10];

8. *Emergency Motion for Interim and Final Orders: (A) Authorizing the Diocese to Continue its Pre-Petition Insurance Program and Satisfy Obligations Due Thereunder; (B) Authorizing the Diocese to Renew, Modify, or Purchase Insurance Coverage; and (C) Scheduling a Final Hearing* [Dkt. No. 11];

---

[1] The Debtor's address is 499 St. Matthews Street, El Paso, TX 79907. The last four digits of the Debtor's federal tax identification number are 0751.

HB: 4933-7930-0501.1

**EXHIBIT 15**
**Page 1 of 5**

9. *Motion for an Order Authorizing the Diocese to Pay Wages and Benefits to its Personnel and to Satisfy Related Obligations* [Dkt. No. 12];

10. *Emergency Motion for Interim and Final Orders: (A) Authorizing Continued Use of Existing Cash Management System; (B) Authorizing Maintenance of Existing Bank Accounts, Business Forms, and Segregated Restricted Fund Accounts; (C) Waiving Certain Deposit and Investment Requirements; and (D) Granting Related Relief* [Dkt. No. 13];

11. *Emergency Agreed Motion for Interim and Final Orders Authorizing Postpetition Use of Cash Collateral and Granting Adequate Protection to WestStar Bank* [Dkt. No. 14]; and

12. *Notice of Emergency Hearing on Certain "First Day" Matters* [Dkt. No. 17].

Dated: March 9, 2026            Respectfully submitted,

**HUSCH BLACKWELL LLP**

*/s/ Lynn Hamilton Butler*
Lynn Hamilton Butler (SBN 03527350)
Email: lynn.butler@huschblackwell.com
Tara T. LeDay (SBN 24106701)
Email: tara.leday@huschblackwell.com
Jennifer Pollan (SBN 24150828)
Email: jennifer.pollan@huschblackwell.com
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Main No. (512) 472-5456
Fax No.   (512) 479-1101

-and-

**HUSCH BLACKWELL LLP**
Francis H. LoCoco, Esq. (TBN 24122830)
Email: frank.lococo@huschblackwell.com
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone     (414) 273-2100
Facsimile      (414) 223-5000

**PROPOSED ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, CATHOLIC DIOCESE OF EL PASO**

2

**Secured Creditor**
WestStar Bank
c/o James Brewer
KEMP SMITH LAW
221 N. Kansas, Suite 1700
El Paso TX 79901
*Via Email:  jim.brewer@kempsmith.com*

**Ad Hoc Committee**
c/o Drew J. Glasnovich
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis MN 55402
*Via Email:  drew.glasnovich@stinson.com*

**U.S. Trustee**
Aubrey Thomas
Assistant United States Trustee
UNITED STATES TRUSTEE-REGION 7
615 E. Houston Street, Suite 533
San Antonio TX 78205
*Via Fax:  210-472-4649 and U.S. Mail*

Erin Coughlin
Trial Attorney
Office of The United States Trustee
United States Department of Justice
*Via Email: Erin.Coughlin@usdoj.gov*

Shane P. Tobin
Trial Attorney
United States Department of Justice
Office of the United States Trustee
903 San Jacinto Blvd, Room 230
Austin, TX 78701
*Via Email:  shane.p.tobin@usdoj.gov*

**Texas Attorney General**
Texas Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin TX 78711-2548
*Via U.S. Mail*

**Top 20 Unsecured Creditors**

**GALLAGHER BASSETT SERVICES, INC.**
Attn: Steve Puteki
15763 Collections Center Drive
Chicago IL 60693
*Via Email:  GB-AR-Mail@gbtpa.com*

**Gilberto Morales**
c/o David M. Driscoll
AINSA HUTSON LLP
5809 Acacia Circle
El Paso TX 79912-4859
*Via Email:  info@ahhclawyers.com*

**Isaac Melendrez**
c/o Margie A. Rutledge
Carey Bhalla
Carolyn M. Nichols
Roshanna K. Toya
ROTHSTEIN DONATELLI LLP
500 4th Street, N.W., Suite 400
Albuquerque NM 87102
*Via Emal:  mrutledge@rothsteinlaw.com*
*Via Email:  cbhalla@rothsteinlaw.com*
*Via Email:  cnichols@rothsteinlaw.com*
*Via Email:  rtoya@rothsteinlaw.com*

**John Doe "203"; Jane Doe "204";**
**John Doe "206"; Jane Doe 208;**
**John Doe 209; John Doe 211;**
**John Doe 212; Jane Doe 214**
c/o Levi A. Monagle
Shayne C. Huffman
Jason T. Wallace
HUFFMAN WALLACE & MONAGLE LLC
122 Wellesley Dr. SE
Albuquerque NM 87106
*Via Email: office@hmhw.law*

-and-

HB: 4933-7930-0501.1

**EXHIBIT 15**
**Page 3 of 5**

<div style="columns:2">

c/o Ben Davis
Zackeree Kelin
Ellen Geske
DAVIS KELIN LAW FIRM, LLC
127 Bryn Mawr Drive, SE
Albuquerque NM 87106
*Via Email: bdavis@daviskelin.com*
*Via Email: zkelin@daviskelin.com*
*Via Email: egeske@daviskelin.com*

**Jane Doe 1; Jane Doe 2; Jane Doe 3; Jane Doe 4; Jane Doe 5**
c/o Taylor E. Smith
Carolyn M. "Cammie" Nichols
ROTHSTEIN DONATELLI LLP
500 4th Street, N.W., Suite 400
Albuquerque NM 87102
*Via Email: tsmith@rothsteinlaw.com*
*Via Email: cmnichols@rothsteinlaw.com*

-and-

c/o Sam Fadduol
Christopher P. Winters
FADDUOL, CLUFF, HARDY & CONAWAY, P.C.
3301 San Mateo Boulevard NE
Albuquerque NM 87107
*Via Email: sfadduol@fchclaw.com*
*Via Email: cwinters@fchclaw.com*

-and-

c/o Paul Linnenburger
Lane + Linnenburger + Lane LLP
P O Box 6622
Albuquerque NM 87197
*Via Email: paul@attorneyslane.com*

**John Doe 1; John Doe 2; Leigh Messerer as Personal Representative of John Doe 3**
c/o Taylor E. Smith
Carolyn M. "Cammie" Nichols
Carey Bhalla
Roshanna K. Toya
ROTHSTEIN DONATELLI LLP
500 4th Street, N.W., Suite 400
Albuquerque NM 87102
*Via Email: tsmith@rothsteinlaw.com*
*Via Email: cmnichols@rothsteinlaw.com*
*Via Email: cbhalla@rothsteinlaw.com*
*Via Email: rtoya@rothsteinlaw.com*

**John Doe 210;**
c/o Levi A. Monagle
Shayne C. Huffman
Jason T. Wallace
HUFFMAN WALLACE & MONAGLE LLC
122 Wellesley Dr. SE
Albuquerque NM 87106
*Via Email: office@hmhw.law*

**BANKING ENTITIES / Via U.S. Mail:**

WestStar Bank
c/o James Brewer
KEMP SMITH LAW
221 N. Kansas, Suite 1700
El Paso TX 79901

GECU Federal Credit Union
Corporate Office
P O Box 20998
El Paso TX 79998-0998

Wells Fargo Bank, N.A.
P O Box 6995
Portland OR 97228-6995

Charles Schwab & Co., Inc.
1945 Northwestern Drive
El Paso TX 79912-1108

</div>

4

5

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus Ohi 43218-2051

Morgan Stanley
7175 N. Pima Canyon Drive
Tucson AZ 85718

Mission Diocese Fund, LLC
150 South Wacker Drive, Suite 2000
Chicago IL 60606

**UTILIITY PROVIDERS / Via U.S. Mail:**

El Paso Electric Company
100 N. Stanton Street
El Paso TX 79901

Texas Gas Service
4600 Pollard Street
El Paso TX 79930

Texas Gas Service
Corporate Headquarters
1301 S. MoPac Expressway, Suite 400
Austin TX 78746

El Paso Water
P O Box 511
El Paso TX 79961

Spectrum Technologies
Attn: Contracting Dept.
5900 Gateway Blvd. East, Suite B
El Paso TX 79905

**INSUANCE PROVIDERS / Via U.S. Mail**

Chubb Group of Insurance Companies
c/o Jayne Downey
P O Box 2002
Simsbury CT 06070-7683

Catholic Mutual Group
c/o Jake Livingston
10843 Old Mill Road
Omaha NE 68154

Texas Mutual Insurance Company
c/o Justine Crick
P O Box 12058
Austin TX 78711-2058

Church Mutual Insurance Company
P O Box 357
Merrill WI 55452-0357